UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Om Consulting Inc. d/b/a Wise Men Consultants, a Texas corporation | ) ) ) ) ) ) ) ) ) ) ) ) ) | FILED: FEBRUARY 12, 2009 <br> 09 cv 0912 <br> JUDGE ST. EVE <br> MAGISTRATE JUDGE DENLOW <br> JH |
| Plaintiff, | | |
| vs. | | |
| Next Generation Technology Inc., a New York corporation | | |
| Defendant. | | |

## COMPLAINT

NOW COMES Plaintiff Om Consulting Inc. d/b/a Wise Men Consultants, by and through its attorneys, Jacobs, Burns, Orlove, Stanton and Hernandez, and for its complaint against Next Generation Technology, Inc., states as follows:

### JURISDICTION AND VENUE

1. This action is brought for breach of contract.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), as the amount in controversy exceeds $75,000 and there is complete diversity of citizenship.

3. Venue is proper pursuant to 28 U.S.C. § 1391(a)(1) and (2), as Defendant resides in this judicial district and a substantial part of the events giving rise to the claims occurred in this judicial district.

### PARTIES

4. Plaintiff Om Consulting Inc. d/b/a as Wise Men Consultants ("Plaintiff") is a

Texas corporation with its principal place of business in Houston, Texas. For purposes of diversity, Plaintiff is a citizen of the state of Texas.

5. Defendant Next Generation Technology Inc. ("Defendant") is a New York corporation with its principal place of business in Arlington Heights, Illinois. For purposes of diversity, Defendant is a citizen of the both the state of Illinois and the state of New York.

## COUNT I
## BREACH OF MASTER SUBCONTRACTOR AGREEMENT

6. Plaintiff incorporates by reference paragraphs 1 – 5 as though fully set forth herein.

7. Plaintiff entered into a written an agreement ("Subcontracting Agreement") with Defendant on or about January 21, 2008. A copy of the Subcontracting Agreement, with work orders, is incorporated herein and attached hereto as Exhibit A.

8. Under the Subcontracting Agreement, the Plaintiff agreed to provide information technology staffing to Defendant's customer at agreed-upon rates based upon the personnel assigned to a particular job.

9. At all material times, Plaintiff fulfilled all its obligations under the Subcontracting Agreement.

10. Plaintiff providing staffing for Defendant at agreed-upon rates totaling $129,779.14.

11. Commencing on August 6, 2008 and ending on November 3, 2008, Plaintiff regularly invoiced the Defendant for the agreed-upon information technology staffing. The total sum of these invoices is $129,779.14.

12. Defendant's customer paid Defendant for the work completed by the Plaintiff's

2

personnel.

13. To date and after frequent demands, Defendant has failed to pay Plaintiff for personnel staffing despite Defendant's promises to do so.

14. Plaintiff has been damaged by Defendant's breach of the Subcontracting Agreement in the amount of $129,779.14.

WHEREFORE, Plaintiff respectfully prays that this Court enter judgment in its favor and against Defendant Next Generation Inc. under Count I as follows:

A. Award Plaintiff $129,779.14 in damages plus statutory interest; and

B. Grant Plaintiff such additional or different relief as this Court deems just and proper.

## COUNT II
## BREACH OF PAYMENT PLAN

15. Plaintiff incorporates by reference paragraphs 1 – 14 as though fully set forth herein.

16. On January 16, 2009, Plaintiff entered into payment plan agreement ("Payment Plan") with Defendant whereby Defendant agreed to pay in installments the amounts it owed to Plaintiff for breach of the Subcontracting Agreement. The terms of the Payment Plan were memorized in a series of emails between duly-authorized representatives of the parties. A copy of these emails are attached hereto as Exhibit B.

17. The Payment Agreement provided that Defendant would pay Plaintiff: $43,000.00 on January 31, 2009; $43,000.00 on February 28, 2009; and $43,769.14 on March 31, 2009.

18. To date and after a demand, Defendant has failed to pay Plaintiff the amounts owed under the Payment Plan.

3

19. Defendant has, unequivocally and without justification, renounced its duty to perform under the terms of the Payment Plan.

20. Plaintiff has been damaged by Defendant's breach of the Payment Plan in the amount of $129,769.14.

WHEREFORE, Plaintiff respectfully prays that this Court, for alternative relief, enter judgment in its favor and against Defendant Next Generation Inc. under Count II as follows:

A. Award Plaintiff $129,769.14 in damages plus statutory interest; and

B. Grant Plaintiff such additional or different relief as this Court deems just and proper.

Respectfully submitted,

/s/ Thomas J. Angell
One of Plaintiff's attorneys

Thomas J. Angell
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Ave., Ste. 1720
Chicago, Illinois 60603
(312) 372-1646

# EXHIBIT A



"*Think Ahead*"

116 S.Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

## Master Subcontractor Agreement

**1. Parties.** This Master Subcontractor Agreement ("Agreement") is entered between Next Generation Technology, Inc., a New York corporation located at 3115 Broadway, Suite 23, New York City, New York 10027 ("NG Tech"), and WiseMen Consultants, (Tax Id # 76-0546104), located at : 1500 S. Dairy, Ashford, Suite 477, Houston, Texas 77077 ("Contractor").

**2. Nature of Agreement.**

2.1 The consultant shall perform the following services from NG Tech:

2.2 NG Tech is an Information Technologies Staffing Firm. Contractor has employees who have expertise in this field ("Contractor Employees"). NG Tech desires to retain through Contractor certain Contractor Employees as independent contractors to provide certain services and/or develop products for NG Tech's customers ("NG Tech Customer"), and Contractor desires to provide such Contractor Employees to NG Tech, all in accordance with the terms and conditions of this Agreement.

**3. Contractor Employees.** From time to time during the term of this Agreement, NG Tech shall request the resumes and suggested hourly rate of technical staff from Contractor. Contractor shall then provide NG Tech with the requested information for Contractor Employees that may fill the requirements. NG Tech shall interview the Contractor Employee(s) that it deems probable, and if appropriate shall set up an interview with the applicable NG Tech Customer. Upon selection by NG Tech in its sole discretion of any one or more Contractor Employees, NG Tech shall provide a written work order ("Work Order") to Contractor specifying: (i) the name(s) of the Contractor Employee(s) needed by NG Tech (each, an "Assigned Employee"), (ii) the name and location of the NG Tech Customer for which the Assigned Employee shall work, (iii) the description of skills requested, (iv) the nature of the work to be performed by each Assigned Employee, (v) the experience requirements for each Contractor Employee, (vi) the time period for which NG Tech will utilize each Assigned Employee, and (vii) the hourly fee, and overtime fee, which NG Tech will pay Contractor for each Assigned Employee.

**4. Acceptance of Work Order.** Each Work Order shall be deemed accepted by Contractor upon receipt. Contractor shall, within 24 hours after the date of each Work Order, provide NG Tech with a written verification of the Work Order ("Confirmation Notice").

**5. Work Performed.** Each Assigned Employee shall: (i) perform all tasks as and when requested by NG Tech or such NG Tech Customer; (ii) comply with all rules, regulations and work customs, of NG Tech and of each NG Tech Customer to which such Assigned Employee is assigned; and (iii) complete and deliver to NG Tech any time reports or the like as and when requested by NG Tech. Contractor acknowledges that it is responsible for the accuracy, reliability, completeness, validity, and timeliness of all worked performed by each Assigned Employee. Contractor warrants that the work performed by each Assigned Employee shall be completed in a diligent, prompt, and professional manner.

Initials:

_CMSV_  —  _CV_
WiseMen    NGTECH



116 S.Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

Contractor will provide initial one (1) week performance warranty on each consultant. After successful completion of such period NG Tech shall pay full compensation to Contractor for all client approved services.

### 6. Termination of Assigned Employee.

6.1 Subject to the applicable termination provisions under NG Tech's agreement with each NG Tech Customer, at any time and with prior **short term** notice, any NG Tech Customer may terminate the assignment of any Assigned Employee. NG Tech shall provide written notice to Contractor of any termination by an NG Tech Customer as soon as is commercially reasonable after such termination.

6.2 NG Tech may, by providing two (2) weeks prior written notice to Contractor, terminate any Assigned Employee: (i) immediately if the Assigned Employee fails to meet the work experience level stated in the applicable Work Order. (ii) immediately if the Assigned Employee violates any law, or (iii) after two (2) weeks prior written notice from NG Tech to Contractor for any reason or for no reason, at NG Tech's sole discretion. Wise Men may provide 2 weeks notice of termination.

6.3 Contractor shall be paid for any terminated Assigned Employee as provided in Section 8 of this Agreement.

6.4 Upon termination of any Assigned Employee for any reason, Contractor shall deliver to NG Tech all materials (including without limitation, notes, data, object code, flow charts, images, drafts, etc.) which constitute work in progress and any equipment and property of any nature of NG Tech or any NG Tech Customer which are in the possession of Contractor or the terminated Assigned Employee.

**7. Change Orders.** On occasion, NG Tech or any NG Tech Customer may request revisions to a given Work Order, and NG Tech reserves the right to revise any Work Order. Contractor may in its sole discretion accept or reject any revised Work Order. Upon written rejection by Contractor of any revised Work Order, the applicable Assigned Employees shall be terminated from the assignment. Contractor shall be paid for any terminated Assigned Employee as provided in Section 8 of this Agreement.

### 8. Contractor Compensation.

8.1 Contractor shall invoice every 30 days to NG Tech. Contractor shall be paid net 30 days after the date of Contractor's invoice, for same client approved time sheets / hours. Contractor shall not be entitled to any compensation if, for any reason, NG Tech is not paid by the applicable NG Tech Customer for the work completed by the relevant Assigned Employees (as near as can be reasonably determined, after discussion with the NG Tech Customer and with Contractor). INSERT

8.2 Upon termination of any Assigned Employee for any reason, Contractor shall be paid for all work performed by such Assigned Employee prior to such termination.

If the Client is to provide written notification on Client Company letterhead regarding the Clients refusal to make payment on the time and work done by the Contractor due to justifiable and reported negligence on part of the contractor ,

Initials:

_____          _____
WiseMen                     NGTECH

Phone: (847) 454-0900   Fax: (847) 253-7282   Email: info@ngtechinc.com   www.ngtechinc.com



116 S. Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

**9. Reimbursement of Expenses.** NG Tech shall not be responsible or liable for any expenses incurred or paid by Contractor or any Assigned Employee unless otherwise expressly agreed in writing, and each party shall be responsible for its own expenses in connection with the performance of this Agreement.

**10. Trade Secrets, Confidential, and Proprietary Information.**

10.1 In the course of Contractor's business relationship with NG Tech, Contractor and Assigned Employees may have access to information or materials that are considered trade secret, confidential and/or proprietary by NG Tech or an NG Tech Customer ("Confidential Information"). Confidential Information includes, but is not limited to, technical knowhow, procedures, technical specifications, designs, results of testing, documentation, data, strategic plans, sales and marketing plans, customer information, supplier information, financial information, and proposed agreements. Confidential Information also includes all written materials identified in writing as "Confidential" or "Proprietary" or such similar proprietary legend, and oral information disclosed in connection with Information.

10.2 Contractor agrees to use Confidential Information only for the benefit of NG Tech or the relevant NG Tech Customer. Contractor shall not use Confidential Information for Contractor's own benefit, shall not disclose Confidential Information to third parties without the prior permission of an NG Tech officer, shall return all materials containing Confidential Information to NG Tech upon termination of Contractor's business relationship with NG Tech (or upon request, whichever comes first), and shall not retain such materials upon termination of the business relationship.

10.3 Nothing in this Section 10 applies to information that is entirely in the public domain, or was received lawfully from a third party through no breach of any obligation of confidentiality owed to NG Tech or the relevant NG Tech Customer.

10.4 NG Tech understands that Contractor and any Assigned Employee may have had access to the trade secrets and proprietary information of third parties (that is, companies other than NG Tech or an NG Tech Customer) during previous business relationships. These other trade secrets may be owned by those other companies or clients with whom those companies did business. NG Tech does not permit the use, in its goods and Services, of the unlicensed trade secrets or proprietary information of third parties. Contractor acknowledges the foregoing, and represents and warrants that Contractor and each Assigned Employee will not disclose to NG Tech or an NG Tech Customer, or incorporate into Confidential Information, any trade secrets or proprietary information of third parties.

10.5 Contractor shall obtain a written confidentially agreement with each Assigned Employee containing the same restrictions and provisions as set forth in this Section 10.

Initials:

_CRS_  _CV_
WiseMen    NGTECH

Phone: (847) 454-0900    Fax: (847) 253-7282    Email: info@ngtechinc.com    www.ngtechinc.com



116 S. Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

### 11. Ownership of Workproduct and Information.

11.1 All workproduct and information created by each Assigned Employee that relates to the business of the relevant NG Tech Customer(s), or uses Confidential Information, or is created with NG Tech Customer resources (including staff, premises and equipment) (collectively, "Workproduct") belongs to the relevant NG Tech Customer(s) and is not owned by such Assigned Employee. This Workproduct includes works of original authorship (including but not limited to computer programs, technical and operations manuals, business plans, product literature), ideas, inventions (whether patentable or not), knowhow, processes, trademarks, and other intellectual property.

11.2 Contractor agrees that all Workproduct is a "work made for hire" as that term is used in connection with the U.S. Copyright Act. Each Assigned Employee shall disclose promptly to the relevant NG Tech Customer(s) all ideas, inventions, improvements, works of original authorship, knowhow, trade secrets, processes and the like developed or discovered by such Assigned Employee in the course of his or her relationship with such NG Tech Customer. To the extent that, by operation of law, an Assigned Employee owns any intellectual property rights in such workproduct, as and when requested by NG Tech or an NG Tech Customer, Contractor shall take all reasonable action necessary to obtain the assignment by such Assigned Employee of all of his or her rights, title and interest in such workproduct, including copyrights, patents, trade secrets, trademarks and knowhow.

11.3 Contractor shall obtain a written ownership of workproduct and information agreement with each Assigned Employee containing the same restrictions and provisions as set forth in this Section 11.

### 12. Non-solicitation of NG Tech Staff.
During the term of Contractor's business relationship with NG Tech and for a period of one (1) year thereafter ("Term"), Contractor agrees not to hire, and not to solicit for hire, any individuals employed at NG Tech or contractors to NG Tech (other than Contractor Employees) (collectively, "Staff"). During the Term, Contractor agrees not to contact Staff for the purpose of terminating their relationship with NG Tech. NG Tech will not hire and Wise Men Employees either directly or indirectly for a period of 1 year after termination of this contract.

### 13. Non-solicitation of NG Tech Customers.
During the Term, Contractor agrees not to contact any then-current NG Tech Customer, customers with whom NG Tech has done business in the past two (2) years, or prospective Customers with whom NG Tech is negotiating or preparing a proposal for services, for the purpose of inducing them to conclude their business relationship with NG Tech, or to discourage them from doing business with NG Tech, or to sell them products or services that are competitive with those of NG Tech. solicit any business from any clients we are introduced by NG Tech for a period of 1 year after termination of this contract

### 14. Indemnification.

14.1 Contractor indemnifies and holds harmless NG Tech from and against any liability, claims, demands or expenses (including reasonable attorneys' fees) for damages to the property of or injuries (including death) to NG Tech or NG Tech Customer employees or any other person occurring during the performance of this Agreement which arise from: (i) Contractor's performance of services under this Agreement, (ii) actions of any Assigned Employee, or (iii) use of NG Tech or NG Tech Customer's property by Contractor or any Assigned Employee.

Initials:

_CHSF_  _CV_
WiseMen   NGTECH



*"Think Ahead"*

116 S.Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

14.2 Contractor indemnifies and holds harmless NG Tech from and against any and all liability (including fines and penalties which might be imposed), claims (including claims by Contractor's employees), demands or expenses (including reasonable attorneys' fees), arising out of or in connection with this Agreement to the extent caused by the failure of Contractor, its employees, subcontractors, agents, or representatives to comply with any applicable federal, state, or local law or any breach of a representation or warranty in this Agreement.

**15. Relationship of Independent Contractor.**

15.1 The relationship of NG Tech and each NG Tech Customer with Contractor and each Assigned Employee is that of an independent contractor and nothing in this Agreement shall be construed as creating a relationship of joint ventures, partners, employer-employee, or agent. None of NG Tech, NG Tech Customer, Contractor, or any Assigned Employee has the authority to create any obligations for the other. Contractor is free to provide professional services for other entities as long as such provision of services does not impair Contractor's ability to provide services to NG Tech pursuant to this Agreement and does not violate any term of this Agreement.

15.2 During the period that each Assigned Employee works under each Work Order, Contractor will be responsible for recruiting, interviewing, testing, hiring, training, evaluating, counseling, and disciplining all Assigned Employees. During the period that each Assigned Employee works under each Work Order, such Assigned Employee shall be and will remain Contractor's employees or approved subcontractors, and under no circumstances are such employees to be considered employees or agents of NG Tech or any NG Tech Customer.

15.3 Neither federal, state or local income tax, nor payroll tax of any kind shall be withheld or paid by NG Tech or any NG Tech Customer on behalf of Contractor or employees or subcontractors of Contractor. Contractor warrants that it shall pay all applicable payroll taxes on behalf of its employees. Contractor shall furnish, upon NG Tech's request, a certificate of compliance with payroll tax laws. Contractor also agrees to indemnify and hold NG Tech harmless for any failure to comply with payroll tax laws.

15.4 Contractor shall comply with all applicable federal, state and local laws, statutes, rules, regulations and ordinances, including but not limited to, laws pertaining to equal employment opportunity, employment practices and immigration, permits, certificates and licenses to carry out the work/services/products to be performed under this Agreement. In this regard, Contractor shall provide to NG Tech written certification of comprehensive general liability insurance of $1,000,000, and workers' compensation insurance as required by applicable law.

15.5 Neither Contractor nor its employees shall participate in any employee fringe benefit of NG Tech or any NG Tech Customer, including health insurance, dental insurance, paid vacation or any other benefit plan of NG Tech or any NG Tech Customer.

Initials:

_____    _____
WiseMen                    NGTECH

Phone: (847) 454-0900    Fax: (847) 253-7282    Email: info@ngtechinc.com    www.ngtechinc.com



116 S.Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

**16. Term.** This Agreement shall continue through the end of the work to be completed under each Work Order unless terminated sooner for any reason or for no reason upon 30 days prior written notice by NG Tech or Contractor. *CJLS* 14

**17. Limitation of Liability for Damages.** NG Tech shall not under any circumstances be liable for incidental, consequential, special or exemplary damages, or for lost profits or business interruption losses of Contractor in connection with this Agreement, even if advised of the likelihood of such losses.

**18. General.**

18.1 Sections 10, 11, 12, 13, 14, 17 and 18 of this Agreement shall survive termination of this Agreement.

18.2 If any provision of this Agreement is found invalid or unenforceable by a court of competent jurisdiction, it shall be deemed modified so as to make it valid and enforceable in light of the intent of the parties expressed in that provision.

18.3 Contractor acknowledges that the remedy at law for NG Tech for breach of Section 10, 11, 12 or 13 of this Agreement will be inadequate, and in addition to any other remedy NG Tech may have, it will be entitled to an injunction restraining any breach or threatened breach, without bond or security being required. Contractor further acknowledges and agrees that the covenants contained in Sections 10, 11, 12 and 13 of this Agreement are necessary for protection of NG Tech's legitimate business interests and are reasonable in scope.

18.4 This Agreement shall be governed by the laws of the State of New York and the copyright, trademark, and patent laws of the United States of America.

18.5 This Agreement, which includes each Work Order and all exhibits, contains the full understanding of the parties with respect to the subject matter and supersedes all prior understandings and writings, written or oral, relating thereto. No waiver, alteration or modification of any provision shall be binding unless in writing and signed by authorized representatives of NG Tech and Contractor.

18.6 Nothing is this Agreement shall in any manner prevent or restrict NG Tech from hiring any Assigned Employee or Contractor Employee as an employee of NG Tech.

18.7 The remedies accorded NG Tech in this Agreement are cumulative and in addition to those provided by law.

Initials:

_CJLS_     _CJ_
WiseMen     NGTECH

Phone: (847) 454-0900    Fax: (847) 253-7282    Email: info@ngtechinc.com    www.ngtechinc.com



116 S.Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

18.8 The waiver by either party of a breach by the other party of any provision of this Agreement shall not be construed as a waiver of any succeeding breach of the same or any other provision, nor shall any delay or omission on the part of either party to exercise any right that it has operate as a waiver of any right by that party.

18.9 All legal notices must be in writing and sent either by hand delivery; messenger; certified mail, return receipt requested; overnight courier; or by facsimile or electronic mail (with a confirming hard copy) and shall be effective when received by such party at the address listed above or such other address as shall have been provided in writing.

**AGREED AND ACCEPTED:**

**Next Generation Technology, Inc.**

By: _____
        (Signature)

Name : VENKATESH (TRUTHAM)

Title : HR MANAGER

Date : 01 21 2008

Tel : 847 454 0900 X 233

Fax : 847 253 7282

**Contractor**

By: __for_____
        (Signature)

Name : Andrea Simme

Title : Operations Manager

Date : 01-21-2008

Tel : 281-679-6740

Fax : 832-201-7834



**NEXT GENERATION technology**
*"Think Ahead"*

116 S. Arlington Heights Rd.
Suite 301
Arlington Heights, IL 60005

## EXHIBIT A

This Statement of Work ("SOW") is issued for the development and delivery of deliverables and/or the performance of services. This is in accordance with the terms and conditions of the Master Subcontracting Services Agreement, dated May 13th of 2008 ("Agreement"), between Next Generation Technology, INC and WiseMen Consultants ("Contractor"), as follows:

| Contractor Name: | Jagan Mohan Chilukuri |
|---|---|
| Start Date: | 6/7/2008 |
| End Date: | 9/12/2008 |
| Rate: | $62/hr plus Expenses |
| Schedule of Payment | Net 30 days after receipt of invoices submitted every 30 days. Invoices for standard hours worked to be submitted along with approved timesheets |
| Special Terms | Unless otherwise determined by NGTECH integrators, Contractor shall be required to complete the services required under this SOW for the full duration specified above. [Failure of contractor to complete this SOW through the full duration specified above shall entitle NGTECH integrators to recover from Contractor all costs and damages (including, without limitations, lost profits) arising out of contractor's failure to complete this SOW through the full duration specified above]. |
| Termination: | NGTECH may cancel this SOW or request removal of any provider employee assigned under this SOW at any time. NGTECH will pay Provider for approved fees and expenses incurred up to the point of termination or removal, subject to the terms of Agreement. |
| Location/Customer: | Toledo, OH / Rexam |
| Scope/Description of Work: | SAP PP |
| Guarantee: | Contractor agrees to give Next Generation Technology a one (1) week guarantee, within which, if the Contractor Employee, does not perform, Next Generation Technology will not pay for his time and expenses. Contractor is liable for all the costs incurred. |
| Equipment: | None |
| Billing Terms: | Monthly |
| Billing Address: | Next Generation Technology<br>Attn: Accounts Payable<br>3115 Broadway, Suite # 23, New York, NY-10027 |

Initials:

_____  _____
WiseMen                    NGTECH

Phone: (847) 454-0900    Fax: (847) 253-7282    Email: info@ngtechinc.com    www.ngtechinc.com

## EXHIBIT A

This Statement of Work ("SOW") is issued for the development and delivery of deliverables and/or the performance of services. This is in accordance with the terms and conditions of the Master Subcontracting Services Agreement, dated **May 13th of 2008** ("Agreement"), between Next Generation Technology, INC and WiseMen Consultants ("**Contractor**"), as follows:

| | |
|---|---|
| Contractor Name: | Amit Garia |
| Start Date: | 6/7/2008 |
| End Date: | 8/8/2008 |
| Rate: | $65/hr plus Expenses |
| Schedule of Payment | Net 30 days after receipt of invoices submitted every 30 days. Invoices for standard hours worked to be submitted along with approved timesheets |
| Special Terms | Unless otherwise determined by NGTECH integrators, Contractor shall be required to complete the services required under this SOW for the full duration specified above. [Failure of contractor to complete this SOW through the full duration specified above shall entitle NGTECH integrators to recover from Contractor all costs and damages (including, without limitations, lost profits) arising out of contractor's failure to complete this SOW through the full duration specified above]. |
| Termination: | NGTECH may cancel this SOW or request removal of any provider employee assigned under this SOW at any time. NGTECH will pay Provider for approved fees and expenses incurred up to the point of termination or removal, subject to the terms of Agreement. |
| Location/Customer: | Toledo, OH / Rexam |
| Scope/Description of Work: | SAP PP |
| Guarantee: | Contractor agrees to give Next Generation Technology a one (1) week guarantee, within which, if the Contractor Employee, does not perform, Next Generation Technology will not pay for his time and expenses. Contractor is liable for all the costs incurred. |
| Equipment: | None |
| Billing Terms: | Monthly |
| Billing Address: | Next Generation Technology<br>Attn: Accounts Payable<br>3115 Broadway, Suite # 23, New York, NY-10027 |

Initials:

_____          _____
WiseMen                              NGTECH

This SOW will be effective and become an integral part of the Agreement upon signature of an authorized representative of both parties. This SOW supersedes any and all previous or contemporaneous agreements and understandings with respect to the subject matter of this Statement of Work (provided that the Agreement remains in full force and effect).

## EXHIBIT A

This Statement of Work ("SOW") is issued for the development and delivery of deliverables and/or the performance of services. This is in accordance with the terms and conditions of the Master Subcontracting Services Agreement, dated February 12th of 2008 ("Agreement"), between Next Generation Technology, INC and WiseMen Consultants ("Contractor"), as follows:

| Contractor Name: | Shahnawaz Baig |
|---|---|
| Start Date: | 2/12/2008 |
| End Date: | 6/30/2008 |
| Rate: | $65/hr plus Expenses |
| Schedule of Payment | Net 30 days after receipt of invoices submitted every 30 days. Invoices for standard hours worked to be submitted along with approved timesheets |
| Special Terms | Unless otherwise determined by NGTECH Integrators, Contractor shall be required to complete the services required under this SOW for the full duration specified above. [Failure of contractor to complete this SOW through the full duration specified above shall entitle NGTECH Integrators to recover from Contractor all costs and damages (including, without limitations, lost profits) arising out of contractor's failure to complete this SOW through the full duration specified above]. |
| Termination: | NGTECH may cancel this SOW or request removal of any provider employee assigned under this SOW at any time. NGTECH will pay Provider for approved fees and expenses incurred up to the point of termination or removal, subject to the terms of Agreement. |
| Location/Customer: | Toledo, OH / Rexam |
| Scope/Description of Work: | SAP PP |
| Guarantee: | Contractor agrees to give Next Generation Technology a one (1) week guarantee, within which, if the Contractor Employee, does not perform, Next Generation Technology will not pay for his time and expenses. Contractor is liable for all the costs incurred. |
| Equipment: | None |
| Billing Terms: | Monthly |
| Billing Address: | Next Generation Technology<br>Attn: Accounts Payable<br>3115 Broadway, Suite # 28, New York, NY-10027 |

Initials:

_____          CJ
WiseMen                  NGTECH

This SOW will be effective and become an integral part of the Agreement upon signature of an authorized representative of both parties. This SOW supersedes any and all previous or contemporaneous agreements and understandings with respect to the subject matter of this Statement of Work (provided that the Agreement remains in full force and effect).

# EXHIBIT B

**From:** Lalit Deo [mailto:lalit.deo@ngtechinc.com]
**Sent:** Friday, January 16, 2009 12:48 PM
**To:** juuhi@wisemen.net
**Subject:** RE: Our conversation

Yes.

Lalit Deo
Office: 847-454-0900 ext.225
Fax: 847-253-7282
lalit.deo@ngtechinc.com
www.ngtechinc.com



Consulting-Development-Staffing

---

**From:** Juuhi Ahuja [mailto:juuhi@wisemen.net]
**Sent:** Friday, January 16, 2009 10:50 AM
**To:** lalit.deo@ngtechinc.com
**Subject:** RE: Our conversation

Lalit:

To be clear, I understand your email to mean that the below sums will be **delivered to me** by the corresponding dates (and not merely placed in the mail on those days):

| | |
|---|---|
| 31st Jan: | $43,000.00 |
| 28th Feb: | $43,000.00 |
| 31st March: | $43,769.14 |

If that is not your understanding, let me know what you mean exactly by return email today (Jan 16th 2009).

Best Regards,
Juuhi Ahuja
President & CEO
Om Consulting Inc.
Wise Men www.wisemen.net
17th Floor www.17thfloor.com
Tel: 281-679-6740 extn: 102
Cell: 281-772-4278
Juuhi@wisemen.net

2/12/2009

**From:** Lalit Deo [mailto:lalit.deo@ngtechinc.com]
**Sent:** Friday, January 16, 2009 8:54 AM
**To:** juuhi@wisemen.net
**Subject:** RE: Our conversation

Dear Juuhi,

I am going to send one check on 31st Jan and 2nd Check on 28th Feb and 3rd check on 31st March.

Thanks

Lalit Deo
Office: 847-454-0900 ext.225
Fax: 847-253-7282
lalit.deo@ngtechinc.com
www.ngtechinc.com



**Consulting-Development-Staffing**

**From:** Juuhi Ahuja [mailto:juuhi@wisemen.net]
**Sent:** Thursday, January 15, 2009 10:17 AM
**To:** lalit.deo@ngtechinc.com
**Cc:** balaji.cousik@ngtechinc.com
**Subject:** Our conversation

Dear Lalit:

Based on our conversation yesterday, please send me an email confirming that you will pay me as follows:
31st Jan:      $43,000.00
28th Feb      $43,000.00
31st March:   $43,769.14

Once I get this email, please could you send me three checks for this amount and I will hold them in my possession and deposit them on those dates. I will then tell my attorney to hold off.

Lalit I am trying to work with you without Attorneys but you are not keeping your part of the deal. I have spent a few thousands on my attorney and the day before I also talked to my attorney on deciding on what to do next. My attorney feels that you are not going to pay and he wants me to file because you have used this money for over 6 months. If you don't keep your part of the deal, I am going to just walk away and let our attorneys interact and deal with this whole mess. It is very time consuming and frustrating working with you because you tell me one thing but don't follow through.

For one last time let me know what you decide.

Balaji: you also gave me your word. It is over a week and we are at the same place that we were 1 week ago.

Best Regards,
Juuhi Ahuja
President & CEO
Om Consulting Inc.
Wise Men www.wisemen.net
17th Floor www.17thfloor.com

Tel: 281-679-6740 extn: 102
Cell: 281-772-4278
Juuhi@wisemen.net

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---